UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-26 |
| VERSUS | SECTION "J" |
| JARVIS HARDY | VIOLATION: 18:1114;18:1113; 18:924(c)(1)(A); 21:841(a)(1); 21:841(b)(1)(B); 21:841(b)(1)(C) |

## RE-NOTICE OF JURY TRIAL on AUGUST 20, 2018 AT 8:30 AM

## STATUS CONFERENCE SET FOR AUGUST 2, 2018 AT 1:30 PM

(Jury Trial previously set for 6/11/2018)

Take Notice that this criminal case has been set for JURY TRIAL on MONDAY, AUGUST 20, 2018 AT 8:30 AM before Judge CARL J. BARBIER, Courtroom C-268, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: May 21, 2018

TO:

JARVIS HARDY
c/o USM

counsel for defendant:
Valerie Jusselin, Asst. FPD

If you change address,
notify clerk of court
by phone, 589-7694

WILLIAM W. BLEVINS, CLERK

by: s/Gail Chauvin
    Gail Chauvin, Deputy Clerk

AUSA: William Quinlan, Jr.
AUSA: David Haller
AUSA: Elizabeth Privitera

U.S. Marshal

U.S. Probation Officer

U.S. Pretrial Services

JUDGE

MAGISTRATE

COURT REPORTER COORDINATOR
INTERPRETER: no

SA Adam Plummer, FBI
Jaime.Corman@ic.fbi.gov