UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 16-26 |
| JARVIS HARDY | SECTION: J(5) |

**ORDER**

**IT IS HEREBY ORDERED** that the parties in the above-captioned matter shall attend an in-chambers status conference on **Tuesday, July 10, 2018, at 10:00 a.m.** to discuss the status of the case.

New Orleans, Louisiana, this 28th day of June, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1