UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 16-26 |
| JARVIS HARDY | SECTION: J(5) |

## ORDER

Due to a conflict in the Court's schedule, **IT IS ORDERED** that the sentencing hearing, currently set for November 1, 2018, is hereby **CONTINUED** to be reset.

New Orleans, Louisiana, this 30th day of October, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE