MINUTE ENTRY
BARBIER, J.
FEBRUARY 14, 2019
JS-10:  1 hr. 3 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 16-26 |
| JARVIS HARDY | SECTION:  "J" |
| COURTROOM DEPUTY:<br>Gail Chauvin | COURT REPORTER:<br>Jodi Simcox |

THURSDAY, FEBRUARY 14, 2019 AT 9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

### MOTION HEARING

Case called at 9:47 a.m.
Defendant was present.
MOTION to Withdraw Plea of Guilty by Jarvis Hardy [130].
Witnesses:  Jarvis Hardy, sworn and testified.
            Valerie Jusselin, sworn and testified.
            Samuel Scillitani, Jr., sworn and testified.
Government's Exhibit 1 offered; ORDERED admitted.
Defendant's Exhibits 1 and 2 offered; ORDERED admitted.
ORDERED that motion is DENIED.
Sentencing set for **FEBRUARY 21, 2019 AT 9:30 A.M.**
Defendant REMANDED.
Hearing ended at 10:50 a.m.

ATTORNEY: Elizabeth Privitera,  AUSA, Theodore Carter, III, AUSA, David Haller,
          AUSA, for government
          Bruce Whittaker, for defendant