MINUTE ENTRY
BARBIER, J.
FEBRUARY 21, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 16-26 |
| JARVIS HARDY | SECTION: "J" |

SENTENCING

COURT REPORTER: Cathy Pepper
COURTROOM DEPUTY: Gail Chauvin

PRESENT: Elizabeth Privitera, AUSA, David Haller, AUSA, for the government
Bruce G. Whittaker, for defendant

Case called at 9:48 a.m.
The Court accepts defendant's 11(c)(1)(C) plea agreement.
Defendant's letter to the Court dated February 14, 2019 to be filed in the record.
Government's Exhibits 1 and 2 offered; ORDERED ADMITTED UNDER SEAL.
Defendant sentenced to counts 1, 2, 3, 4, 5, 7, 8 of the Superseding Indictment.
See Judgment.
Counts dismissed on motion of the United States as to this defendant: Counts 6 and 9 of the Superseding Indictment.
Restitution hearing set for **MAY 2, 2019 AT 9:30 A.M.**
The defendant was remanded.
Court adjourned at 10:44 a.m.

JS-10: 56 min.