CR16-26

Jarvis B. Hardy                                           Feb 14, 2019

Dear Honorable Judge Carl J. Barbier

   I am writting this letter to say I honor your decision to not allow me to withdraw my plea. I believe everything was GOD's plan. I believe that GOD have a plan for us all and everything happens for a reason. I believe GOD controls the coarse of world events. Im gonna have to except that maybe it wasn't meant for me to withdraw my plea cause if so things may have gotten worse, so GOD may have put it into your heart to not allow me to withdraw my plea.

   Now that my case have come to an end, I would like to apologize to the Court along with the entire Eastern District of Louisiana. Im sorry that we ever had to meet on this platform. The situation im in I've never wanted this for myself. I never thought these trials and tribulations would come upon me.

   Your Honor I may have some shortcomings but i'll never try to kill a lawenforcement agents, it's not in my DNA. I spoke the truth on the stand today your Honor. GOD knows I didn't lie, Christ knows I didn't lie but when you said you didn't believe me my heart almost failed me. My mother is mentally ill. I have Police officers inside my own familly. I am very hurt to my heart to know a police officer was shot by a Gun I fired. I am very very very sorry for what happen to Stephen C. Arnold. GOD knows I did not mean for this to happen to Stephen C. Arnold.

What happen inside my home was a terrible freak accident that im very very sorry for. I am asking that and praying that the Creator of the Heavens and earth open your heart to accept the fact this is a Horrible accident. Im in a position where my mother, father, 3 uncles, and 2 aunts will all die while im in prison. Im praying that you want take my life for an accident. Im not a violent person your Honor. I have no history of violence. I got robbed and called the police. Please don't take my life because of an accident. I've never wished to see Stephen Arnold in this situation. When this situation happen every single night I prayed to GOD asking to preserve him alive. I prayed every single night. Im asking for Christ sake to find favor in you heart to forgive me and have mercy. It's written that mercy will be shown to those who show mercy. GOD knows I didn't mean to hurt Stephen Arnold. Will you find favor in your own heart to accept this as a tragic accident! My sister Cori Hardy was in N.O.P.D academy. When this happen. I'm asking that you have mercy on a man who is a first time offender at 29 years old.

P.S

Your Honor If the Government ask me to join the Milatary to go off and fight on enemy soil. I would go off to fight and maybe die if needed. If I was called to jump infront the president to take a bullet I would because I love my country your honor. A wise man once told me you can loose your faith in people but don't loose your faith in GOD. Honorable Judge Carl J. Barbier may you live on forever in good health. GOD BLESS!!

Jarvis R. Hardy
1900 Paris RD
Chal, LA, 70043

Honorable Judge Carl J. Barbier
Hale Boggs Federal BLDG
500 Poydras ST
NO, LA, 70130

70130-336156