UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 16-26

JARVIS HARDY                                 SECTION "J"

# EXHIBIT LIST - SENTENCING

| Exhibit No. | Admitted | Description |
|:---:|:---:|:---:|
| Gov. 1 | 2/21/2019 | Photograph (filed under seal) |
| Gov. 2 | 2/21/2019 | Photograph (filed under seal) |