UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 16-26 |
| JARVIS HARDY | SECTION: J(5) |

### ORDER

Considering the United States of America's *Motion for an Order Authorizing the Bureau of Prisons to Transfer Funds Held in the Defendant's Inmate Trust Account to the Clerk Pursuant to 18 U.S.C. §§ 3613(a) and 3664(n)* **(Rec. Doc. 183)** and the *Amended Motion for an Order Authorizing the Bureau of Prisons to Transfer Funds Held in the Defendant's Inmate Trust Account to the Clerk Pursuant to 18 U.S.C. §§ 3613(a) and 3664(n)* **(Rec. Doc. 187),**

**IT IS ORDERED** that the motions are hereby **DENIED as moot**.

New Orleans, Louisiana, this 20th day of January, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE