Jarvis Hardy

April 2, 2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Apr 10, 2023
CAROL L. MICHEL
CLERK
SMS    Mail

On December 15, 2022, United States Judge Carl J. Barbier Garnished $6,638.10, which was $229.54 more than what was owed. The Courts refunded me $229.54. On January 9, 2023, I recieved a check for $314.70 but 50% was deducted. This was an Overpayment. The Eastern District of Louisian Financial unit owe me $157.35. I recieved the Overpayment of $229.54 but the Court have refused to refund me the $157.35 that was deducted from me on January 9, 2023

P.S

I NEED $157.35, This is a recieptof my payment!

TENDERED FOR FILING

APR 10 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Date: 03/22/2023  Location: TDG
Time: 06:30:36 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 36500034   Inmate Name: HARDY, JARVIS   Available Balance: $2,365.00

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 01/20/2023 | TL0120 | TRUL Withdrawal | | -$5.00 |
| 01/17/2023 | 50 | Sales | | -$84.05 |
| 01/15/2023 | TL0115 | TRUL Withdrawal | | -$5.00 |
| 01/15/2023 | 33323015 | Western Union | HARDY | $50.00 |
| 01/15/2023 | TL0115 | TRUL Withdrawal | | -$5.00 |
| 01/15/2023 | TL0115 | TRUL Withdrawal | | -$2.00 |
| 01/14/2023 | TL0114 | TRUL Withdrawal | | -$5.00 |
| 01/13/2023 | TL0113 | TRUL Withdrawal | | -$5.00 |
| 01/12/2023 | TL0112 | TRUL Withdrawal | | -$2.00 |
| 01/09/2023 | YFRU0123 | FRP Unicor Pymt | | -$157.35 |
| 01/09/2023 | YUNI1222 | Centralized Unicor | | $314.70 |
| 01/09/2023 | 39 | Sales | | -$32.55 |
| 01/08/2023 | TL0108 | TRUL Withdrawal | | -$5.00 |
| 01/06/2023 | TL0106 | TRUL Withdrawal | | -$5.00 |
| 01/05/2023 | TL0105 | TRUL Withdrawal | | -$5.00 |
| 01/05/2023 | TL0105 | TRUL Withdrawal | | -$5.00 |
| 01/04/2023 | TL0104 | TRUL Withdrawal | | -$5.00 |
| 01/04/2023 | 48 | Sales | | -$47.10 |
| 01/03/2023 | TL0103 | TRUL Withdrawal | | -$5.00 |
| 01/01/2023 | TL0101 | TRUL Withdrawal | | -$2.00 |

Inmate #: 36500034

NAME Jarvis Hardy
REG. NO. 36560-034
FEDERAL CORRECTIONAL INSTITUTION
PMB 1000
TALLADEGA, AL 35160

BIRMINGHAM AL 350
4 APR 2023 PM 3 L

70130-337364

Clerk, United States District Court
Eastern District of Louisiana
ATTN: Financial Unit
500 Poydras Street
NO, LA, 70130